UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAPP WALLED LAKE, LLC,

    Plaintiffs,                                      Case No. 24-cv-13346
                                                        Hon. Matthew F. Leitman

v.

CITY OF PONTIAC,

    Defendant.
_____/

**ORDER DENYING REMAINING PORTION OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (ECF No. 2) WITHOUT PREJUDICE**

On February 13, 2025, the Court held a hearing Plaintiff Kapp Walled Lake, LLC's motion for a preliminary injunction. Following that hearing, the Court issued an Order denying the motion in part and taking the motion under advisement in part. (*See* Order, ECF No. 19.)

On March 13, 2025, the Court held an on-the-record status conference with counsel for all parties to discuss the remaining portion of Kapp's motion. During that status conference, counsel for Defendant City of Pontiac represented to the Court that the City would not issue any recreational marijuana licenses for the East Walton Overlay District for a period of 14 days after it announces the scoring of the license applications for that District. Based on that representation, and for the reasons explained on the record during the status conference, the Court **DENIES**

1

**WITHOUT PREJUDICE** the remaining portion of Kapp's preliminary injunction motion that the Court previously took under advisement.  Kapp may renew that portion of its motion, if necessary and appropriate, after the scoring for the marijuana licenses is announced.

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  March 20, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 20, 2025, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126