UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAPP WALLED LAKE, LLC,

      Plaintiffs,                             Case No. 24-cv-13346
                                             Hon. Matthew F. Leitman

v.

CITY OF PONTIAC,

      Defendant.
_____/

## ORDER CONCERNING TIMING

In prior orders of this Court, the Court referred to representations by Defendant City of Pontiac concerning the timing of certain actions to be taken in connection with the applications for and the issuance of recreational marijuana licenses in the East Walton Overlay District. The Court held an on-the-record status conference with the parties on May 8, 2025, to further discuss these issues.

For the reasons stated on the record during the status conference, the Court and the parties agree that there are no currently operative representations of the parties, or orders of the Court, that prohibit any act by either party.

      **IT IS SO ORDERED**.

                                             s/Matthew F. Leitman
                                             MATTHEW F. LEITMAN
                                             UNITED STATES DISTRICT JUDGE

Dated: May 8, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2025, by electronic means and/or ordinary mail.

                                                          s/Holly A. Ryan
                                                          Case Manager
                                                          (313) 234-5126